UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER P. HUDGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA S. McMAHON,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-0134-AAM<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 1st day of February, 2007.

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk


                               by:    s/ Karen White
                                              Deputy Clerk

cc: all counsel